UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZACHARY ROWELL, AS SPECIAL ADMINISTRATOR IN THE MATTER OF THE ESTATE OF MARVIN A. ROWELL, AND INDIVIDUALLY,<br><br>*Plaintiff,*<br><br>-v.-<br><br>BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA, ET.AL.,<br><br>*Defendants.* | CASE 18-CV-125-RAW |

## NOTICE OF DEPOSITION

To:  Jacob Slay
     c/o Collins, Zorn & Wagner, P.C.
     429 N.E. 50th Street, Second Floor
     Oklahoma City, OK  73105

Please take notice that, pursuant to Fed R. Civ, P.30(a)(1) and Fed. R. Civ.P.30(b)(1), Plaintiff, Zachary Rowell, by and through his attorneys of record, Stanley D. Monroe, Stanley D. Monroe, P.C. and James A. McAuliff, will take the deposition upon oral examination of Jacob Slay.

The deposition will take place on March 28, 2019, at 10:00 A.M. at the offices of the Muskogee Board of County Commissioners, 400 W. Broadway, Muskogee, Oklahoma. The deposition will take place before an officer authorized to administer oaths/ videographer, and will continue from day to day until completed.

Respectfully submitted,
**STANLEY D. MONROE, P.C.**

By: */s/ Stanley D. Monroe*

Stanley D. Monroe, OBA # 6305
15 West 6th Street, Suite 2112
Tulsa, Oklahoma 74119
(918) 592-1144 *Telephone*
(918) 592-1149 *Facsimile*

and

James A. McCauliff
1515 South Denver
Tulsa, OK  74119-3889

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Andy Artus | cw@czwlaw.com |
| Stephen R. Palmer | srp@czwlaw.com |
| Taylor M. Tyler | tmt@czwlaw.com |
| Carson Smith | csmith@piercecouch.com |

*/s/ Stanley D. Monroe*
Stanley D. Monroe