IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

ZACHARY ROWELL, as Special            )
Administrator In the Matter of the Estate of   )
Marvin A. Rowell, and individually,   )
                                      )
        Plaintiff,                  )
                                      )
v.                                    )   Case No. 6:18-cv-00125-RAW
                                      )
BOARD OF COUNTY COMMISSIONERS         )
OF MUSKOGEE COUNTY, OKLAHOMA et. al., )
                                      )
        Defendants.                 )

**DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, SHERIFF ROB FRAZIER IN HIS OFFICIAL CAPACITY, JACOB SLAY, AND LACY ROSSON'S EXHIBIT LIST**

| No. | Description |
| --- | --- |
| 1. | Muskogee Police Department Arrest Report regarding Decedent, dated January 30, 2016 |
| 2. | Body camera footage of Decedent's arrest on January 29, 2016 |
| 3. | Muskogee County Detention Center camera footage of Decedent dated January 30, 2016 |
| 4. | Muskogee County Detention Center letter regarding Marvin Rowell's death |
| 5. | Jacob Slay's Incident Report dated January 30, 2016 |
| 6. | Brandon Stevens' Incident Report dated January 30, 2016 |
| 7. | James Allen's Incident Report dated January 30, 2016 |
| 8. | Lacy Rosson's Incident Report dated January 30, 2016 |
| 9. | Dakota West's Incident Report dated January 30, 2016 |
| 10. | Muskogee County Detention Center's Daily Sheet for January 29, 2016 through January 30, 2016 shift |
| 11. | Marvin Rowell's Death Certificate |
| 12. | Medical Examiner's Report regarding Marvin Rowell—stipulated to by all parties |
| 13. | EMS records for Marvin Rowell dated January 30, 2016 |
| 14. | Eastar Health System Medical Records regarding Decedent |

| No. | Description |
|---|---|
| 15. | Saint Francis Hospital Medical Records regarding Decedent |
| 16. | Muskogee County Detention Center's book in and release sheets for Decedent |
| 17. | Summary of Muskogee County Detention Center's book in and release sheets for Decedent |
| 18. | Arrest records for Decedent |
| 19. | Records regarding Decedent's convictions |
| 20. | Training records for Dakota West |
| 21. | Dakota West's CPR and First Aid certification |
| 22. | Training records for Lacy Rosson |
| 23. | Lacy Rosson's CPR and First Aid certification |
| 24. | Training records for Jacob Slay |
| 25. | Jacob Slay's CPR and First Aid certification |
| 26. | Muskogee County Detention Center Use of Force Policy |
| 27. | Restraint chair photograph |
| 28. | Dr. Engles' Expert Report—to be submitted pursuant to the Scheduling Order |
| 29. | All Exhibits produced in Discovery by any party not objected to by these Defendants at pre-trial or trial. |
| 30. | All exhibits listed by Plaintiff or co-Defendant, not otherwise objected to by these Defendants at pre-trial or trial. |
| 31. | All deposition exhibits not otherwise objected to by these Defendants at pre-trial or trial. |
| 32. | All exhibits learned through continuing discovery not objected to by these Defendants at pre-trial or trial. |

Respectfully submitted,

s/ Taylor M. Riley
Andy A. Artus, OBA No. 16169
Jamison C. Whitson, OBA No. 18490
Taylor M. Riley, OBA No. 33291
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1813
Telephone:     (405) 524-2070
Facsimile:     (405) 524-2078
E-mail:        aaa@czwlaw.com
               jcw@czwlaw.com
               tmt@czwlaw.com

*Attorney for Defendant Board of County Commissioners of Muskogee County, Sheriff Rob Frazier, in his Official capacity, Jacob Slay and Lacy Rosson*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

James A. McAuliff
1515 South Denver
Tulsa, OK 74119-3889

-and-

Stanley D. Monroe
MONROE & KEELE, PC
15 West 6th Street, Suite 2112
Tulsa, OK 74119

*Attorneys for Plaintiff*

Carson C. Smith
Robert S. Lafferrandre
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
csmith@piercecouch.com
rlafferrandre@piercecouch.com

*Attorneys for Dakota West*

                              s/Taylor M. Riley
                              Taylor M. Riley